**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **BARBARA LIST, et al.,** | **CASE NO.  5:05 CV 1556** |
| Plaintiffs, | **JUDGE PETER C. ECONOMUS** |
| v. | |
| **AKRON MUNICIPAL COURT, et al.,** | **JUDGMENT** |
| Defendants. | |

This matter is before the Court upon the Motion for Summary Judgment, filed by Defendants The Honorable John Holcomb, The Honorable Alison McCarty, and The Honorable Lynne Callahan, In Their Individual Capacities (Dkt. #12).  For the reasons set forth in the Memorandum Opinion and Order issued contemporaneously herewith, and incorporated herein by reference, the Court hereby orders that Defendants' motion for summary judgment is **GRANTED**.  Accordingly, **JUDGMENT** is entered in favor of Defendants on Count I of the Amended Complaint.  Additionally, the Court declines to exercise its supplemental jurisdiction over the state law claims and said claims are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/ *Peter C. Economus* – **02/27/06**
**PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE**